DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California 95814
Telephone: (916) 443-2000
Facsimile: (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
DAVID JOHN CARLI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID JOHN CARLI,<br><br>Defendant. | CR-S-06-0331 EJG<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |

IT IS HEREBY STIPULATED between the United States of America, through its attorney of record, Matthew C. Stegman, Assistant U.S. Attorney; and, David John Carli, through his attorney, David W. Dratman, that the status conference scheduled for January 19, 2007, shall be continued to February 16, 2007 at 10:00 a.m.

This case involves two counts of possessing child pornography. The parties stipulate and agree that this matter is complex within the meaning of the Speedy Trial Act due to the volume of discovery (over 900 pages plus computer hard drives), the seizure of computer hard drives which can no longer be copied and provided to defense counsel's expert(s) pursuant to 18 U.S.C. section 3509(m); and, multiple search warrants; all of which raise issues of factual and legal complexity, and, the need for defense counsel to have additional time to conduct defense investigation and prepare.

The parties stipulate and agree that time, from January 19, 2007 through and including February 16, 2007, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to Local Codes T2 (case unusual and complex)

1  and T4 (time for defense counsel to prepare).

2  Dated:  January 17, 2007                                  /s/ David W. Dratman
                                                                          DAVID W. DRATMAN
3                                                                         Attorney for Defendant
                                                                          DAVID JOHN CARLI
4

5  Dated: January 17, 2007                                   McGREGOR W. SCOTT
                                                                          UNITED STATES ATTORNEY
6

7                                                                         By: /s/ Matthew C. Stegman*
                                                                          MATTHEW C. STEGMAN
8                                                                             Assistant U.S. Attorney
                                                                              *Signed with permission
9

10                                        ORDER

11        The Court, having considered the stipulation of the parties, and good cause appearing

12  therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of

13  the parties, the Court finds that this case is unusual and complex within the meaning of Local Code

14  T2.  The Court further finds that the failure to grant a continuance in this case would deny defense

15  counsel reasonable time necessary for effective preparation, taking into account the exercise of due

16  diligence.  The Court specifically finds that the ends of justice served by the granting of such

17  continuance outweigh the interests of the public and that the time from January 19, 2007 to and

18  including February 16, 2007, shall be excluded from computation of time within which the trial of this

19  case must be commenced under the Speedy Trial Act, pursuant to Local Codes T2 (case unusual and

20  complex) and T4 (time for defense counsel to prepare).

21         It is so ordered.

22  Dated:  January 18, 2007

23                                                                         /s/ Edward J. Garcia
                                                                          EDWARD J. GARCIA
24                                                                        Senior United States District Court Judge

25

26

27

28

STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE