1  DAVID W. DRATMAN
   Attorney at Law
2  State Bar No. 78764
   1007 7ᵗʰ Street, Suite 305
3  Sacramento, California  95814
   Telephone: (916) 443-2000
4  Facsimile:  (916) 443-0989
   Email: dwdratman@aol.com
5
   Attorney for Defendant
6  DAVID JOHN CARLI

7

8                  IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,              CR-S-06-0331 EJG

11                    Plaintiff,           **STIPULATION AND ORDER**
                                           **RESETTING BRIEFING**
12         vs.                             **SCHEDULE AND EXCLUDING**
                                           **TIME UNDER THE SPEEDY**
13  DAVID JOHN CARLI,                      **TRIAL ACT**

14                    Defendant.

15

16        IT IS HEREBY STIPULATED between the United States of America, through its attorney of

17  record, Matthew C. Stegman, Assistant U.S. Attorney; and, David John Carli, through his attorney,

18  David W. Dratman, that the motions hearing scheduled for January 18, 2008 shall be continued to

19  March 21, 2008 at 10:00 a.m. to provide the defense with additional time to prepare and file motions.

20        The stipulated briefing schedule is as follows:

21        Defense motions top be filed:          February 8, 2008;

22        Government response:                   March 7, 2008;

23        Defense reply, if any:             March 14, 2008

24        Hearing on Motions:                March 21, 2008.

25        This case involves two counts of possessing child pornography. The parties have previously

26  stipulated and continue to agree that this matter is complex within the meaning of the Speedy Trial Act

27  due to the volume of discovery (over 900 pages plus computer hard drives), the seizure of computer

28  hard drives which can no longer be copied and provided to defense counsel's expert(s) pursuant to 18

1  U.S.C. section 3509(m); and, multiple search warrants; all of which raise issues of factual and legal

2  complexity, and, the need for defense counsel to have additional time to prepare.

3       The parties stipulate and agree that time, from January 18, 2008 through and including March

4  21, 2008, shall be excluded from computation of time within which the trial of this case must be

5  commenced under the Speedy Trial Act, pursuant to Local Codes T2 (case unusual and complex) and

6  T4 (time for defense counsel to prepare).

7  Dated:  January 16, 2008                          /s/ David W. Dratman
                                                    DAVID W. DRATMAN
8                                                   Attorney for Defendant
                                                    DAVID JOHN CARLI
9

10 Dated: January 16, 2008                          McGREGOR W. SCOTT
                                                    UNITED STATES ATTORNEY
11

12                                                  By: /s/ Matthew C. Stegman*
                                                    MATTHEW C. STEGMAN
13                                                    Assistant U.S. Attorney
                                                     *Signed with permission
14

15                                    ORDER

16      The Court, having considered the stipulation of the parties, and good cause appearing

17 therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of

18 the parties, the Court finds that this case is unusual and complex within the meaning of Local Code

19 T2.  The Court further finds that the failure to grant a continuance of the briefing schedule in this case

20 would deny defense counsel reasonable time necessary for effective preparation, taking into account

21 the exercise of due diligence.  The Court specifically finds that the ends of justice served by the

22 granting of such continuance outweigh the interests of the public and that the time from January 18,

23 2008 to and including March 21, 2008, shall be excluded

24 //

25 //

26

27 from computation of time within which the trial of this case must be commenced under the Speedy

28 Trial Act, pursuant to Local Codes T2 (case unusual and complex) and T4 (time for defense counsel

1  to prepare).

2       It is so ordered.

3  Dated:   January 15, 2008

4                                /s/ Edward J. Garcia

                              EDWARD J. GARCIA

5                                U. S. DISTRICT JUDGE