DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California 95814
Telephone: (916) 443-2000
Facsimile: (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
DAVID JOHN CARLI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID JOHN CARLI,<br><br>Defendant. | CR-S-06-0331 EJG<br><br>**STIPULATION AND ORDER RESETTING BRIEFING SCHEDULE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |

IT IS HEREBY STIPULATED between the United States of America, through its attorney of record, Matthew C. Stegman, Assistant U.S. Attorney; and, David John Carli, through his attorney, David W. Dratman, that the motions hearing scheduled for March 21, 2008 shall be continued to June 6, 2008 at 10:00 a.m. to provide the defense with additional time to prepare and file motions.

The stipulated briefing schedule is as follows:

Defense motions to be filed:   April 18, 2008;

Government response:            May 16, 2008;

Defense reply, if any:          May 30, 2008

Hearing on Motions:             June 6, 2008.

This case involves two counts of possessing child pornography. The parties have previously stipulated and continue to agree that this matter is complex within the meaning of the Speedy Trial Act due to the volume of discovery (over 900 pages plus computer hard drives), the seizure of computer hard drives which can no longer be copied and provided to defense counsel's expert(s) pursuant to 18

1  U.S.C. section 3509(m); and, multiple search warrants; all of which raise issues of factual and legal
2  complexity, and, the need for defense counsel to have additional time to prepare.
3      The parties stipulate and agree that time, from March 21, 2008 through and including June 6,
4  2008, shall be excluded from computation of time within which the trial of this case must be
5  commenced under the Speedy Trial Act, pursuant to Local Codes T2 (case unusual and complex) and
6  T4 (time for defense counsel to prepare).

7  Dated: March 18, 2008                        /s/ David W. Dratman
                                                DAVID W. DRATMAN
8                                               Attorney for Defendant
                                                DAVID JOHN CARLI
9

10 Dated: March 18, 2008                        McGREGOR W. SCOTT
                                                UNITED STATES ATTORNEY
11

12                                              By: /s/ Matthew C. Stegman*
                                                MATTHEW C. STEGMAN
13                                                  Assistant U.S. Attorney
                                                    *Signed with permission
14

15                                              ORDER

16     The Court, having considered the stipulation of the parties, and good cause appearing
17 therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of
18 the parties, the Court finds that this case is unusual and complex within the meaning of Local Code
19 T2. The Court further finds that the failure to grant a continuance of the briefing schedule in this case
20 would deny defense counsel reasonable time necessary for effective preparation, taking into account
21 the exercise of due diligence.  The Court specifically finds that the ends of justice served by the
22 granting of such continuance outweigh the interests of the public and that the time from March 21,
23 2008 to and including June 6, 2008, shall be excluded
24 //
25 //
26
27 from computation of time within which the trial of this case must be commenced under the Speedy
28 Trial Act, pursuant to Local Codes T2 (case unusual and complex) and T4 (time for defense counsel

1  to prepare).
2      It is so ordered.
3  Dated:   March 18, 2008

/s/ Edward J. Garcia
EDWARD J. GARCIA
Senior United States District Court Judge