DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California  95814
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
DAVID JOHN CARLI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR-S-06-0331 EJG |
|---|---|
| Plaintiff, | **STIPULATION AND  ORDER RESETTING BRIEFING SCHEDULE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| vs. | |
| DAVID JOHN CARLI, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the United States of America, through its attorney of record, Matthew C. Stegman, Assistant U.S. Attorney; and, David John Carli, through his attorney, David W. Dratman, that the motions hearing scheduled for August 8, 2008 shall be continued to October 31, 2008 at 10:00 a.m. to provide the defense with additional time to prepare and file motions.

The stipulated briefing schedule is as follows:

Defense motions to be filed:   September 19, 2008;

Government response:            October 17, 2008;

Defense reply, if any:          October 24, 2008

Hearing on Motions:             October 31, 2008.

This case involves two counts of possessing child pornography. The parties have previously stipulated and continue to agree that this matter is complex within the meaning of the Speedy Trial Act due to the volume of discovery (over 900 pages plus computer hard drives), the seizure of computer hard drives which can no longer be copied and provided to defense counsel's expert(s) pursuant to 18

U.S.C. section 3509(m); and, multiple search warrants; all of which raise issues of factual and legal complexity, and, the need for defense counsel to have additional time to prepare.

In addition, the primary defense investigator's office in Paradise, California was burned in the Humboldt fire and that has been a significant impediment to completing the investigation.

The parties stipulate and agree that time, from August 8, 2008 through and including October 31, 2008, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to Local Codes T2 (case unusual and complex) and T4 (time for defense counsel to prepare).

Dated:  August 6, 2008                     /s/ David W. Dratman
                                           DAVID W. DRATMAN
                                           Attorney for Defendant
                                           DAVID JOHN CARLI

Dated: August 6, 2008                      McGREGOR W. SCOTT
                                           UNITED STATES ATTORNEY

                                           By: /s/ Matthew C. Stegman*
                                           MATTHEW C. STEGMAN
                                           Assistant U.S. Attorney
                                           *Signed with permission

## ORDER

The Court, having considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, the Court finds that this case is unusual and complex within the meaning of Local Code T2. The Court further finds that the failure to grant a continuance of the briefing schedule in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and that the time from August 8, 2008 to and including October 31, 2008, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to Local Codes T2 (case unusual and complex) and T4 (time for defense counsel to prepare).

It is so ordered.

Dated: August 7, 2008                      /s/ Edward J. Garcia
                                           U. S. DISTRICT JUDGE