DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California 95814
Telephone: (916) 443-2000
Facsimile: (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
DAVID JOHN CARLI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID JOHN CARLI,<br><br>Defendant. | CR-S-06-0331 EJG<br><br>**STIPULATION AND ORDER RESETTING BRIEFING SCHEDULE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |

IT IS HEREBY STIPULATED between the United States of America, through its attorney of record, Matthew C. Stegman, Assistant U.S. Attorney; and, David John Carli, through his attorney, David W. Dratman, that the motions hearing scheduled for October 31, 2008 shall be continued to February 27, 2009 at 10:00 a.m. to provide the defense with additional time to prepare and file motions.

The stipulated briefing schedule is as follows:

Defense motions to be filed:   January 16, 2009;

Government response:            February 16, 2009;

Defense reply, if any:               February 20, 2009

Hearing on Motions:                February 27, 2009.

This case involves two counts of possessing child pornography. The parties have previously stipulated and continue to agree that this matter is complex within the meaning of the Speedy Trial Act due to the volume of discovery (over 900 pages plus computer hard drives), the seizure of computer

hard drives which can no longer be copied and provided to defense counsel's expert(s) pursuant to 18 U.S.C. section 3509(m); and, multiple search warrants; all of which raise issues of factual and legal complexity, and, the need for defense counsel to have additional time to prepare.

In addition, defense counsel has had some personal issues that have caused a delay in the filing of motions.

The parties stipulate and agree that time, from October 31, 2008 through and including February 27, 2009, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to Local Codes T2 (case unusual and complex) and T4 (time for defense counsel to prepare).

Dated: October 29, 2008    /s/ David W. Dratman
DAVID W. DRATMAN
Attorney for Defendant
DAVID JOHN CARLI

Dated: October 29, 2008    McGREGOR W. SCOTT
UNITED STATES ATTORNEY

By: /s/ Matthew C. Stegman*
MATTHEW C. STEGMAN
Assistant U.S. Attorney
*Signed with permission

## ORDER

The Court, having considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, the Court finds that this case is unusual and complex within the meaning of Local Code T2. The Court further finds that the failure to grant a continuance of the briefing schedule in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and that the time from October 31, 2008 to and including February 27, 2009, shall be excluded from computation of time within which

//

//

1  the trial of this case must be commenced under the Speedy Trial Act, pursuant to Local Codes T2 (case

2  unusual and complex) and T4 (time for defense counsel to prepare).

3       It is so ordered.

4  Dated:    October 30, 2008

5                                           /s/ Edward J. Garcia
                                            EDWARD J. GARCIA
6                                           Senior United States District Court Judge