1  BENJAMIN B. WAGNER
   United States Attorney
2  MATTHEW C. STEGMAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2793

5

6

7

8                  UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 UNITED STATES OF AMERICA,    )  Case No. CR-S-06-331 EJG
                                )
13              Plaintiff,      )  GOVERNMENT'S MOTION TO EXTEND
                                )  TIME TO RESPOND TO DEFENDANT'S
14       v.                     )  MOTION TO SUPPRESS EVIDENCE
                                )  AND ORDER THEREON
15 DAVID JOHN CARLI,            )
                                )
16              Defendant.      )
                                )
17

18      On August 31, 2009, the Court set a motion schedule based on

19 the defendant's intention to file a motion to supress evidence.

20 That motion was filed on November 19, 2009.  The government

21 requested, and the Court granted, an additional two weeks to

22 respond, in order to obtain transcripts and other documents from

23 the Nevada County Superior Court and District Attorney's Office.

24 The government's opposition is currently due tomorrow, December

25 30, 2009.

26      As set forth in the attached declaration of Assistant U.S.

27 Attorney Matthew Stegman, the government requests an additional

28 ten day extension of time until January 8, 2010, to file its

1  opposition.  This is based on the fact that some of the documents
2  requested from the Superior Court and District Attorney's Office
3  were received December 23, and the remainder were received
4  yesterday.
5      If the court grants the requested extension of time, any
6  reply by the defendant would then be requested to be due January
7  22, 2010, with the suppression hearing on January 29, 2010, at
8  10:00.
9      The jury trial is currently scheduled for February 23, 2010,
10 with a trial confirmation hearing scheduled for January 29, 2010.
11 If after the suppression hearing, additional time is needed for
12 trial confirmation, a further trial confirmation hearing could be
13 scheduled for February 5, 2010.
14 DATED: December 29, 2009              BENJAMIN B. WAGNER
                                         United States Attorney

17                                       By:  /s/ Matthew Stegman
                                         MATTHEW STEGMAN
18                                       Assistant U.S. Attorney

20 **IT IS SO ORDERED.**
21 DATED: January 4, 2010                /s/ Edward J. Garcia
22                                       _____
                                         EDWARD J. GARCIA
                                         United States District Judge

2

D E C L A R A T I O N

I, MATTHEW STEGMAN, declare as follows:

1. I am an Assistant U.S. Attorney for the Eastern District of California and am the attorney assigned the the case of <u>United States v. David John Carli</u>, CR-S-06-331-EJG.

2. The defendant filed his Motion to Supress Evidence on November 19, 2009. The motion is 22 pages. In addition, it contains 13 attachments consisting of a total of 191 pages.

3. The motion to suppress attacks a federal search warrant and a number of prior state search warrants. In total, there were 5 search warrants obtained that are at issue in this case.

4. The defendant not only argues in his motion that there was a lack of probable cause set forth in these warrants, but he also argues that law enforcement made false statements and/or failed to include information in at least one search warrant affidavit.

5. In order to counter this argument, I ordered transcripts and other documents from the Superior Court in Nevada County and the District Attorney's Office. I received some of these documents December 23, 2009, with the rest being received yesterday, December 28, 2009. Due to the complexity of the motion, I need additional time to review the documents and draft the portions of my opposition based on the documents received.

6. I have discussed my need for additional time with David Dratman, attorney for defendant David Cali, and he has no objection to my request for the revised briefing and hearing schedule.

///

7. The government is therefore asking the Court to grant the government an additional ten days to file its opposition to the defendant's motion to suppress evidence until January 8, 2010. Any reply by the defense would then be due January 22, 2010. The suppression hearing would be scheduled for January 29, 2010, at 10:00.

I declare under the penalty of perjury that the foregoing is true and correct. Executed this 29th day of December, 2009, at Sacramento, California.

                                            /s/ Matthew Stegman
                                            MATTHEW STEGMAN