DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California  95814
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Jesse S. Ortiz III (CA Bar Assn. No. 176450)
ORTIZ LAW OFFICE
717 K Street, Suite 418
Sacramento, CA 95814
Telephone:     (916) 443-9500
Facsimile:      (916) 443-9501

Attorney for Defendant
DAVID JOHN CARLI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>DAVID JOHN CARLI,<br><br>  Defendant. | CR-S-06-0331 EJG<br><br>**STIPULATION AND ORDER CONTINUING EVIDENTIARY HEARING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |

IT IS HEREBY STIPULATED between the United States of America, through its attorney of record, Matthew C. Stegman, Assistant U.S. Attorney; and, David John Carli, through his attorneys, David W. Dratman and Jesse S. Ortiz III, that the hearing scheduled for February 22, 2010 shall be continued to March 22, 2010 at 1:30 p.m., March 23, 2010 at 1:30 p.m.; and, March 24, 2010 at 9:00 a.m. to close of business to provide the defense with the ability to have its investigator present at and during the hearing.

The parties have previously stipulated and continue to agree that this matter is complex within the meaning of the Speedy Trial Act; and, the parties have also agreed to exclude time based upon the need for defense counsel to have additional time to prepare.

1  In addition, motions are currently pending which the parties agree justifies an additional time exclusion under Local Code E.

3  The parties stipulate and agree that time, from February 22, 2010 through and including March 24, 2010, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to Local Codes T2 (case unusual and complex), T4 (time for defense counsel to prepare) and E (pending motions) .

Dated:  February 12, 2010            /s/ David W. Dratman
                                     DAVID W. DRATMAN
                                     JESSE S. ORTIZ III
                                     Attorneys for Defendant
                                     DAVID JOHN CARLI

Dated: February 12, 2010             BENJAMIN B. WAGNER
                                     UNITED STATES ATTORNEY

                                     By: /s/ Matthew C. Stegman*
                                        MATTHEW C. STEGMAN
                                        Assistant U.S. Attorney
                                        *Signed with permission

## ORDER

The Court, having considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, the Court finds that this case is unusual and complex within the meaning of Local Code T2. The Court further finds that the failure to grant a continuance of the evidentiary hearing in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and that the time from February 22, 2010 to and including March 24, 2010, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to Local Codes T2 (case unusual and complex),  T4 (time for defense counsel to prepare) and E (pending motions).

It is so ordered.

Dated: February 12, 2010             /s/ Edward J. Garcia

                                     EDWARD J. GARCIA
                                     Senior United States District Court Judge