1  BENJAMIN B. WAGNER
   United States Attorney
2  MATTHEW STEGMAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700



**FILED**

MAY – 4 2010



CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
           DEPUTY CLERK

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )  CASE NO. CR-S-06-331-EJG
                                   )
12                   Plaintiff,    )  STIPULATION AND [PROPOSED]
                                   )  ORDER TO CONTINUE EVIDENTIARY
13  v.                             )  HEARING
                                   )
14  DAVID JOHN CARLI,              )  DATE:  May 7, 2010
                                   )  TIME:  1:30 p.m.
15                   Defendant.    )  JUDGE: Hon. Edward J. Garcia
                                   )
16  _____ )

17

18       Plaintiff United States of America, by its counsel, Assistant

19  United States Attorneys, Matthew Stegman, and defendant DAVID JOHN

20  CARLI, by his attorney DAVID DRATMAN, hereby stipulate and agree to

21  request of the Court that the evidentiary hearing calendared for

22  Friday, May 7, 2010, at 1:30 p.m., be continued to May 12, 2010, at

23  1:30 p.m.

24       The Court's courtroom deputy, Ms. Colleen Lydon, has been

25  contacted to ensure the Court's calendar was available for that date.

26       The parties are requesting this continuance due to the fact that

27  witnesses for both parties who will be subpoenaed to testify are

28  coming from out of town.  Because the Court will be deciding at 10:00

                                   1

1   a.m. on May 7, 2010, whether to hold an evidentiary hearing, it may

2   not be necessary for these witnesses to travel to Sacramento for

3   testimony.  By scheduling the evidentiary hearing for May 12, 2010,

4   the parties will know certain whether they will be needed before

5   bringing them to Sacramento for testimony.

6                           Respectfully submitted,

7
                            BENJAMIN B. WAGNER
8                           United States Attorney

9   DATED: May 4, 2010      /s/ Matthew C. Stegman
                             MATTHEW STEGMAN
10                           Assistant U.s. Attorney

11
    DATED: May 4, 2010      /s/ David W. Dratman
12                           DAVID W. DRATMAN
                             Attorney for Defendant
13                           DAVID JOHN CARLI

14

15

16
                                **ORDER**
17

18      **FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

19   DATED: May **4**, 2010.

20

21
                            EDWARD J. GARCIA
22
                            SENIOR  UNITED STATES
23                          DISTRICT COURT JUDGE

24

25

26

27

28

                                2