DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California  95814
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Jesse S. Ortiz III (CA Bar Assn. No. 176450)
ORTIZ LAW OFFICE
717 K Street, Suite 418
Sacramento, CA 95814
Telephone:    (916) 443-9500
Facsimile:    (916) 443-9501

Attorney for Defendant
DAVID JOHN CARLI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>DAVID JOHN CARLI,<br><br>            Defendant. | CR-S-06-0331 EJG<br><br>**STIPULATION AND ] ORDER CONTINUING EVIDENTIARY HEARING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |

   IT IS HEREBY STIPULATED between the United States of America, through its attorney of record, Matthew C. Stegman, Assistant U.S. Attorney; and, David John Carli, through his attorneys, David W. Dratman and  Jesse S. Ortiz III, that the continuing evidentiary hearing scheduled for November 5, 2010 shall be continued to November 19, 2010 at 2 p.m.

   The parties have previously and continue to stipulate that this matter is complex within the meaning of the Speedy Trial Act; and, the parties have agreed to exclude time based upon the need for continuity of defense counsel who has been in a trial and to allow the defense adequate time to prepare.

   In addition, motions are currently pending which the parties agree justifies an additional time exclusion under Local Code E.

1   The parties stipulate and agree that time, from the commencement of the evidentiary hearing
2   through and including November 19, 2010, shall be excluded from computation of time within which
3   the trial of this case must be commenced under the Speedy Trial Act, pursuant to Local Codes T2 (case
4   unusual and complex), T4 (time for defense counsel to prepare and to allow continuity of counsel) and
5   E (pending motions) .

6   Dated:  October 22, 2010                 /s/ David W. Dratman
                                             DAVID W. DRATMAN
7                                            JESSE S. ORTIZ III
                                             Attorneys for Defendant
8                                            DAVID JOHN CARLI

9   Dated: October 22, 2010                  BENJAMIN B. WAGNER
                                             UNITED STATES ATTORNEY
10
                                             By: /s/ Matthew C. Stegman*
11                                               MATTHEW C. STEGMAN
                                                 Assistant U.S. Attorney
12                                               *Signed with permission

13                                              ORDER

14   The Court, having considered the stipulation of the parties, and good cause appearing
15   therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of
16   the parties, the Court finds that this case is unusual and complex within the meaning of Local Code
17   T2.  The Court further finds that the failure to grant a continuance of the evidentiary hearing in this
18   case would deny the defendant continuity of defense counsel and allow reasonable time necessary for
19   effective preparation, taking into account the exercise of due diligence.  The Court specifically finds
20   that the ends of justice served by the granting of such continuance outweigh the interests of the public
21   and that the time from the commencement of the evidentiary hearing to and including November 19,
22   2010, shall be excluded from computation of time within which the trial of this case must be
23   commenced under the Speedy Trial Act, pursuant to Local Codes T2 (case unusual and complex), T4
24   (time for defense counsel to prepare and to allow continuity of counsel) and E (pending motions).
25       It is so ordered.
26   Dated:  October 25, 2010                 /s/ Edward J. Garcia
                                             Senior United States District Court Judge
27
28