UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MEMORANDUM

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

                **RE:**    David Carli
                      Docket Number:  2:06CR00331-01
                      **CONTINUANCE OF JUDGMENT**
                      **AND SENTENCING**

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from September 16, 2011 to December 2, 2011 at 10:00 a.m. (See attached amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:** Due to scheduling conflicts amongst parties, as well as the complexity of the case.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

                                    Respectfully submitted,

                                      Lynda M. Moore
                                      United States Probation Officer

**REVIEWED BY:**

                          Hugo Ortiz
                          Supervising United States Probation Officer

FILED
SEP 12 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

Dated:    09/09/2011
             Sacramento, California
             LMM/tau

Attachment

**RE:  David John CARLI**
**Docket Number:  2:06CR00331-01**
**CONTINUANCE OF JUDGMENT AND SENTENCING**

cc:  Clerk, United States District Court
United States Attorney's Office
United States Marshal's Office
Federal Defender (If defense counsel is court-appointed)
Probation Office Calendar clerk

✓ **Approved**         _____     9/12/11
                       **EDWARD J. GARCIA**
                       **Senior United States District Judge**     **Date**

___ **Disapproved**

2

Rev. 10/2009
CONTINUANCE ~ TO JUDGE (EJG).MRG

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>DAVID JOHN CARLI<br><br>Defendant.<br>_____/ | Docket Number: 2:06CR00331-01<br><br>SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | 12/02/2011 at 10:00 am |
| Reply, or Statement of Non-Opposition: | 11/28/2011 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 11/18/2011 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 11/14/2011 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 11/04/2011 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | 10/21/2011 |