UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**MEMORANDUM**


**FILED**
NOV 30 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

        **RE:**   David Carli
               Docket Number:  2:06CR00331-01
               <u>**CONTINUANCE OF JUDGMENT**</u>
               <u>**AND SENTENCING**</u>

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from December 2, 2011 to February 17, 2012 at 10:00 a.m. (See attached amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:** The presentence interview has been completed; however the probation officer needs additional time due to the complexity of the case.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

                         Respectfully submitted,

                         /s/ Lynda M. Moore
                         Lynda M. Moore
                         United States Probation Officer

**REVIEWED BY:**   /s/ Hugo Ortiz
                         Hugo Ortiz
                         Supervising United States Probation Officer

Dated:    11/30/2011
           Sacramento, California
           LMM/tau

Attachment

RE: David John CARLI
Docket Number: 2:06CR00331-01
**CONTINUANCE OF JUDGMENT AND SENTENCING**

cc: Clerk, United States District Court
United States Attorney's Office
United States Marshal's Office
Federal Defender (If defense counsel is court-appointed)
Probation Office Calendar clerk

√ **Approved**

_____     11/30/11
EDWARD J. GARCIA
**Senior United States District Judge**     Date

___ **Disapproved**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Docket Number: 2:06CR00331-01 |
| Plaintiff, | SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT |
| vs. | |
| DAVID JOHN CARLI | |
| Defendant. | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | 02/17/2012 at 10:00 am |
| Reply, or Statement of Non-Opposition: | 02/10/2012 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 02/03/2012 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 01/27/2012 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 01/20/2012 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | 01/06/2012 |