UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MEMORANDUM



FILED

FEB 0 2 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

RE: **David Carli**
 **Docket Number: 2:06CR00331-01**
 **CONTINUANCE OF JUDGMENT**
 **AND SENTENCING**

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from February 17, 2012 to April 6, 2012 at 10:00 a.m. (See attached amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:** The presentence interview has been completed; however the probation officer needs additional time due to the complexity of the case.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

Respectfully submitted,

/s/ Lynda M. Moore
**Lynda M. Moore**
United States Probation Officer

REVIEWED BY:  /s/ Jeffrey C. Oestreicher
**Jeffrey Oestreicher**
**Supervising United States Probation Officer**

Dated: 02/02/2012
 Sacramento, California
 LMM/tau

Attachment

1

Rev. 10/2009
CONTINUANCE ~ TO JUDGE (EJG).MRG

RE: **David John CARLI**
**Docket Number:   2:06CR00331-01**
**CONTINUANCE OF JUDGMENT AND SENTENCING**

cc:   Clerk, United States District Court
United States Attorney's Office
United States Marshal's Office
Federal Defender (If defense counsel is court-appointed)
Probation Office Calendar clerk

✓ **Approved**

*[signature]*   2/2/12

**EDWARD J. GARCIA**
**Senior United States District Judge**   **Date**

___ **Disapproved**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Docket Number: 2:06CR00331-01 |
| Plaintiff, | SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT |
| vs. | |
| DAVID JOHN CARLI | |
| Defendant. | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | 04/06/2012 at 10:00 am |
| Reply, or Statement of Non-Opposition: | 03/30/2012 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 03/23/2012 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 03/16/2012 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 03/09/2012 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | 02/24/2012 |