UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MEMORANDUM



Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

                    RE:    David Carli
                             Docket Number: 2:06CR00331-01
                             **CONTINUANCE OF JUDGMENT**
                             **AND SENTENCING**

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from June 1, 2012 at 10:00 a.m. to July 13, 2012 at 10:00 am (See attached amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:** The draft presentence report was distributed to the parties on May 9, 2012, and additional time is needed to review the report with the defendant.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

                                     Respectfully submitted,

                                     Lynda M. Moore
                                     United States Probation Officer

**REVIEWED BY:**

Jeffrey Oestreicher
**Supervising United States Probation Officer**

Dated:    05/15/2012
              Sacramento, California
              LMM/tau

Attachment

RE:   David John CARLI
      Docket Number:   2:06CR00331-01
      **CONTINUANCE OF JUDGMENT AND SENTENCING**

cc:   Clerk, United States District Court
      United States Attorney's Office
      United States Marshal's Office
      Federal Defender (If defense counsel is court-appointed)
      Probation Office Calendar clerk

✓ Approved         _____   5/16/12
                   **EDWARD J. GARCIA**
                   **Senior United States District Judge**   **Date**

___ Disapproved