DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California 95814
Telephone: (916) 443-2000
Facsimile: (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
DAVID JOHN CARLI

**FILED**

JUL 9 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID JOHN CARLI,<br><br>Defendant. | CR-S-06-0331 EJG<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING JUDGMENT AND SENTENCING** |

IT IS HEREBY STIPULATED between the United States of America, through its attorney of record, Michelle Prince, Assistant U.S. Attorney; and, David John Carli, through his attorney, David W. Dratman, that the Judgment and Sentencing scheduled for July 13, 2012 shall be continued to August 24, 2012 at 10:00 a.m. to give the parties additional time to address issues raised by the defendant to the Pre-Sentence Probation Report.

The following schedule is proposed:

| | |
|---|---|
| Judgment and sentencing date: | **August 24, 2012** |
| Reply or statement of non-opposition: | **August 17, 2012** |
| Motion for correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | **August 10, 2012** |
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | **July 27, 2012** |

STIPULATION AND [PROPOSED] ORDER CONTINUING JUDGMENT AND SENTENCING

| | |
|---|---|
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than (Defense counsel submitted written objections July 9, 2012): | **July 13, 2012** |
| The Proposed Pre-Sentence Report shall be disclosed to counsel no later than: | **Completed** |

Dated: July 9, 2012

/s/ David W. Dratman
DAVID W. DRATMAN
Attorney for Defendant
DAVID JOHN CARLI

Dated: July 9, 2012

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

By: /s/ Michelle Prince*
MICHELLE PRINCE
Assistant U.S. Attorney
*Signed with permission

## ORDER

It is so ordered.

Dated: 7/9/12

EDWARD J. GARCIA
Senior United States District Court Judge