

**FILED**

AUG 0 9 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MEMORANDUM & Order

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

                               RE:     David Carli
                                         Docket Number:   2:06CR00331-01
                                         **CONTINUANCE OF JUDGMENT**
                                         **AND SENTENCING**

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from August 24, 2012, at 10:00 a.m. to September 21, 2012, at 10:00 a.m. (See attached amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:** The draft presentence report was distributed to the parties on May 9, 2012. Defense counsels Informal Objections were received on July 9, 2012, there were no Informal Objections submitted by the government. In a calendering error, the final report was submitted to the Court on August 7, 2012. The parties need additional time to submit their Motion for Correction and Reply or Statement of Non-Opposition.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

                                  Respectfully submitted,

                                  /s/ Oestrl for Lynda M Moore
                                  **LYNDA M. MOORE**
                                  **United States Probation Officer**

**REVIEWED BY:**    /s/ Oestrl
                                **JEFFREY C. OESTREICHER**
                                 **Supervising United States Probation Officer**

Dated:      08/07/2012
              Sacramento, California
              LMM/tau

Rev. 10/2009
CONTINUANCE ~ TO JUDGE (EJG).MRG

Case 2:06-cr-00331-WBS   Document 100   Filed 08/09/12   Page 2 of 2

**RE:   David John CARLI**
**Docket Number: 2:06CR00331-01**
**CONTINUATION OF JUDGMENT AND SENTENCING**

Attachment

cc:   Clerk, United States District Court
      United States Attorney's Office
      United States Marshal's Office
      Federal Defender (If defense counsel is court-appointed)
      Probation Office Calendar clerk

✓ **Approved**

*[signature]*   8/9/12

EDWARD J. GARCIA
**Senior United States District Judge**        Date

___ **Disapproved**

2

Rev. 10/2009
CONTINUANCE ~ TO JUDGE (EJG).MRG