| | |
|---|---|
| 1  DAVID W. DRATMAN<br>    Attorney at Law<br>2  State Bar No. 78764<br>    1007 7th Street, Suite 305<br>3  Sacramento, California  95814<br>    Telephone: (916) 443-2000<br>4  Facsimile:  (916) 443-0989<br>    Email: dwdratman@aol.com<br>5<br>    Attorney for Defendant<br>6  DAVID JOHN CARLI |  |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID JOHN CARLI,<br><br>Defendant. | CR-S-06-0331 EJG<br><br>**STIPULATION AND<br>[PROPOSED] ORDER<br>CONTINUING JUDGMENT<br>AND SENTENCING** |

IT IS HEREBY STIPULATED between the United States of America, through its attorney of record, Michelle Prince, Assistant U.S. Attorney; and, David John Carli, through his attorney, David W. Dratman, that the Judgment and Sentencing scheduled for September 21, 2012 shall be continued to September 28, 2012 at 10:00 a.m. to give the parties additional time to address issues regarding the judgment and sentencing.

Dated: September 11, 2012        /s/ David W. Dratman
                                 DAVID W. DRATMAN
                                 Attorney for Defendant
                                 DAVID JOHN CARLI


Dated: September 11, 2012        BENJAMIN B. WAGNER
                                 UNITED STATES ATTORNEY


                                 By: /s/ Michelle Prince*
                                     MICHELLE PRINCE
                                     Assistant U.S. Attorney
                                     *Signed with permission

STIPULATION AND [PROPOSED] ORDER CONTINUING JUDGMENT AND SENTENCING

ORDER

It is so ordered.

Dated: **9/11/12**

EDWARD J. GARCIA
Senior United States District Court Judge