UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**MEMORANDUM AND ORDER**



FILED

SEP 26 2012



CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

RE: **David John CARLI**
Docket Number:  **2:06CR00331-01**
**CONTINUANCE OF JUDGMENT
AND SENTENCING; ORDER**

Your Honor:

c/EJG

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from September 28, 2012, to November 9, 2012, at 10:00 a.m. (See attached amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:** Due to a clerical error in the advisory guideline calculations, a revised Final PSR needs to be submitted to the parties.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

Respectfully submitted,

*Lynda M Moore*
LYNDA M. MOORE
United States Probation Officer

**REVIEWED BY:**      _____
HUGO ORTIZ
Supervising United States Probation Officer

Dated:   September 25, 2012
         Sacramento, California
         LMM/tau

1

Rev. 05/2011
CONTINUANCE ~ TO JUDGE (EJG).MRG

RE:   David John CARLI
      Docket Number:  2:06CR00331-01
      <u>CONTINUANCE OF JUDGMENT AND SENTENCING; ORDER</u>

Attachment

cc:   Clerk, United States District Court
      United States Attorney's Office
      United States Marshal's Office
      Federal Defender (If defense counsel is court-appointed)
      Probation Office Calendar clerk

✓ **Approved**

_____     9/26/12
EDWARD J. GARCIA              Date
**Senior United States District Judge**

___ **Disapproved**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Docket Number:  2:06CR00331-01 |
| Plaintiff, | SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT |
| vs. | |
| David John CARLI | |
| Defendant. | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | November 9, 2012 @ 10:00 a.m. |
| Reply, or Statement of Non-Opposition: | November 2, 2012 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | October 26, 2012 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | September 28, 2012 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | completed |
| The proposed Presentence Report shall be disclosed to counsel no later than: | completed |

3

Rev. 05/2011
CONTINUANCE ~ TO JUDGE (EJG).MRG